**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ZHENWANG HUANG a/k/a ZHEN-WANG
HUANG,

Petitioner,

      -against-

JUDITH ALMODOVAR, et al.,

Respondents.
------------------------------------------------------------------X

26 **CIVIL** 551 (DLC)

## <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 27, 2026, Huang's petition for a writ of habeas corpus is granted; accordingly, the case is closed.

**Dated:** New York, New York

January 29, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**        K. Mango

_____
**Deputy Clerk**